# In the United States Court of Appeals
# For the Eighth Circuit

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND; ANIMAL EQUALITY; CENTER FOR BIOLOGICAL DIVERSITY; and FOOD CHAIN WORKERS ALLIANCE<br><br>*Appellants*,<br><br>v.<br><br>JONATHAN and DeANN VAUGHT, doing business as Prayer Creek Farm, and PECO FOODS, INC.<br><br>*Appellees*. | Case No.: 20-1538 |

## PLAINTIFFS-APPELLANTS' CORPORATE DISCLOSURE FORM

Pursuant to Federal Rule of Appellate Procedure 26.1, Plaintiffs-Appellants hereby notify the Court that they have no parent corporations and do not issue stock, therefore no public corporation owns stock in them.

March 18, 2020

Respectfully submitted,

/s/ David S. Muraskin
David S. Muraskin
Public Justice, P.C.
1620 L St, NW, Suite 630
Washington, DC 20036
(202) 861-5245
dmuraskin@publicjustice.net
*Counsel for Plaintiffs*

1

Sarah Hanneken
Animal Equality
8581 Santa Monica Blvd. Ste. 350,
Los Angeles, CA, 90069
(414) 405-0538
sarahh@animalequality.org
*Counsel for Animal Equality*

Hannah Connor
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
(202) 681-1676
HConnor@biologicaldiversity.org
*Counsel for Center for Biological Diversity*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of March 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to counsel for all parties.

/s/ *David S. Muraskin*

_____
David S. Muraskin
Public Justice, P.C.
1620 L St, NW, Suite 630
Washington, DC 20036
(202) 861-5245
dmuraskin@publicjustice.net